August 29, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00085-CV

CALVIN GARY WALKER D/B/A WALKER'S ELECTRIC COMPANY,
Appellant

V.

TEXAS DEPARTMENT OF LICENSING AND REGULATIONS
ENFORCEMENT DIVISION, Appellee

This cause, an appeal from the judgment in favor of appellee, Texas Department of Licensing and Regulations Enforcement Division, signed August 9, 2024, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Calvin Gary Walker d/b/a Walker's Electric Company, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered August 29, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.
Justice Farris concurs in the judgment only.